1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BALLY GAMING, INC., | Case No. 3:03-cv-0062-LRH-VPC |
| Plaintiff, | **Judge Larry R. Hicks** |
| v. | **Magistrate Judge Valerie P. Cooke** |
| EUNIVERSE, INC., | **ORDER GRANTING STIPULATION TO STAY PENDING COVERED BUSINESS METHOD REVIEWS** |
| Defendant. | |
| BALLY GAMING, INC., | |
| Plaintiff, | Case No. 3:03-cv-0063-LRH-VPC |
| v. | **Judge Larry R. Hicks** |
| WORLDWINNER.COM, INC., and SKILLJAM TECHNOLOGIES CORPORATION, | **Magistrate Judge Valerie P. Cooke** |
| | **ORDER GRANTING STIPULATION TO STAY PENDING COVERED BUSINESS METHOD REVIEWS** |
| Defendants. | |

Before the Court is a Stipulation to Stay Pending Covered Business Method Reviews (doc. #74). The Court finds that the motion is well taken and should be GRANTED.

1    IT IS THEREFORE ORDERED that these actions (3:03-cv-0062-LRH-VPC and 3:03-cv-
2    0063-LRH-VPC) are stayed;
3    IT IS FURTHER ORDERED that the parties shall submit a status report to the Court
4    advising of the status of the Covered Business Method Review proceedings on or before February
5    1, 2016.
6    IT IS SO ORDERED.
7    DATED this 22nd day of July, 2015.

8    _____
9    LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE