1
2
3
4
5
6
7
8
9
10
11
12
13
14

15  **UNITED STATES DISTRICT COURT**

16  **DISTRICT OF NEVADA**

17  BALLY GAMING, INC.,

18                  Plaintiff,

19          v.

20  EUNIVERSE, INC.,

21                  Defendant.

22  BALLY GAMING, INC. ,

23                  Plaintiff,

24          v.

25  WORLDWINNER.COM., INC.,

26                  Defendant.

27

28

Lead Case No. 3:03-cv-0062-LRH-VPC

Relevant to Case No. 3:03-cv-0063-LRH-VPC

Judge Larry R. Hicks

Magistrate Judge Valerie P. Cooke

**ORDER GRANTING
STIPULATION TO DISMISS WITH
PREJUDICE**

1         This matter comes before the Court on Bally Gaming, Inc.'s and WorldWinner.com, Inc.'s

2    joint stipulation to dismiss this action, including all asserted claims and counterclaims, with

3    prejudice. The Court, having reviewed the stipulation and being duly advised in the premises,

4    finds good cause shown for granting the stipulation.

5

6         Therefore, it is hereby ORDERED that this case is dismissed with prejudice.

7

8    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10   Dated: May  4th,  2016

11   HON. LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28